United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE S. ROBINSON, SR., | No. C 06-7620 SI (pr) |
| Plaintiff, | **ORDER OF DISMISSAL** |
| v. | |
| COUNTY OF SANTA CLARA; et al., | |
| Defendants. | |

Plaintiff filed this pro se civil action on December 13, 2006. On that date, the court notified plaintiff in writing that the complaint was deficient due to the failure to pay the filing fee or furnish a completed and signed court-approved in forma pauperis application, including a completed certificate of funds in the prisoner's account and a copy of the prisoner's trust account statement for the last six months. Plaintiff was advised that failure to pay the fee or file the completed application within thirty days would result in dismissal of the action. Plaintiff has failed to provide the court with either the filing fee or a complete in forma pauperis application and the deadline by which to do so has passed. The application that he did submit was incomplete in that it did not have attached to it the prisoner's trust account statement for the last six months as required by 28 U.S.C. § 1915(a)(2). The action is DISMISSED without prejudice for failure to pay the filing fee or submit a complete in forma pauperis application. Plaintiff may file a new action, but should include a filing fee or an in forma pauperis application with a new civil complaint to commence that new action. Because this action is now dismissed,

1  plaintiff should <u>not</u> file an application or pay the filing fee in this action. The clerk shall close
2  the file.

4      IT IS SO ORDERED.

5  Dated: June 28, 2007

                                          SUSAN ILLSTON
                                     United States District Judge

**United States District Court**
For the Northern District of California