UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE S. ROBINSON, SR., | No. C 06-7620 SI (pr) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| COUNTY OF SANTA CLARA; et al., | |
| Defendants. | |

This action is dismissed without prejudice for failure to pay the filing fee or submit a complete in forma pauperis application.

IT IS SO ORDERED AND ADJUDGED.

Dated: June 28, 2007

_____
SUSAN ILLSTON
United States District Judge