**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE S. ROBINSON, SR., | No. C 06-7620 SI (pr) |
| Plaintiff, | **ORDER** |
| v. | |
| COUNTY OF SANTA CLARA; et al., | |
| Defendants. | |

Plaintiff's in forma pauperis application is DENIED as moot. (Docket # 10.) The action had been dismissed and judgment entered before he filed the application.

The dismissal was without prejudice, so plaintiff may file the same complaint to start a new action. To file a new action, he should submit a new complaint and a new in forma pauperis application. He should not write the case number for this case on the first page of either document. The clerk will give the new complaint a new case number when it is filed.

IT IS SO ORDERED.

Dated: September 21, 2007

SUSAN ILLSTON
United States District Judge